No. 79-6508. FLANAGAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79-6518. MOORE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79-6523. PEDEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79-6528. GAUSE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79-6538. NUNN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79-6539. ROMAN *v.* LE FEVRE, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 79-6547. HOOD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79-6567. KEARNEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79-6572. DUKAJGINI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79-1225. FIDELITY UNION LIFE INSURANCE Co *v.* PERRY. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE BLACKMUN would grant certiorari.